IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TOQUOTA TAPPIN, Individually and
on Behalf of Others Similarly Situated                                          PLAINTIFF

v.                                 No. 4:19-cv-912-JM

BRW, INC. and BERNARD R. WAIT                                               DEFENDANTS

## ORDER

Pending is a Joint Motion for Approval of FLSA Collective Action Settlement and to Dismiss with Prejudice (Doc. No. 28).

The parties submitted the necessary documents for me to review the settlement negotiations, and I have looked through them. Based on the submitted correspondence, once liability was finalized, the fees issue was separately resolved.

Accordingly, the Joint Motion for Approval of FLSA Collective Action Settlement and to Dismiss with Prejudice (Doc. No. 28) is GRANTED. The approval of the settlement in no way reflects this Court's opinion as to the appropriateness of the amount of fees agreed to by the parties. This case is DISMISSED with prejudice, subject to the terms of the settlement agreement.

IT IS SO ORDERED this 21st day of March, 2022.

_____
James M. Moody Jr.
United States District Judge